NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-182

ROGER LEBLANC

VERSUS

MICHAEL HARSON,
DISTRICT ATTORNEY, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 81635
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

AFFIRMED IN PART, REVERSED
IN PART, AND REMANDED.

J. Isaac Funderburk
Funderburk & Herpin
P. O. Drawer 1030
Abbeville, LA 70511-1030
(337) 893-8140
Counsel for Defendant/Appellee:
    Sheriff Raywood J. LeMaire (retired)

Roger LeBlanc
Allen Correctional Center - Mercury D-2
3751 Lauderdale Woodyard Rd
Kinder, LA 70648

**Bart J. Bellaire**
**Assistant District Attorney**
**Fifteenth Judicial District Court**
**P. O. Box 175**
**Abbeville, LA 70511-0175**
**(337) 898-4320**
**Counsel for Defendant/Appellee:**
**Vermilion Parish District Attorney**